IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 3639 |
| | ) | |
| v. | ) | |
| | ) | |
| ELITE HOME PHYSICIANS, LLC, | ) | Judge Ellis |
| and JOHN DOES 1-10, | ) | Magistrate Judge Rowland |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff Able Home Health, LLC, and defendant Elite Home Physicians, LLC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of plaintiff Able Home Health, LLC's individual claims in this litigation with prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Elite Home Physicians, LLC without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs, except as otherwise set forth herein.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ John B. Haarlow, Jr. |
| Daniel A. Edelman | Monte L. Mann |
| Heather Kolbus | John B. Haarlow Jr. |
| EDELMAN, COMBS, LATTURNER, | NOVACK AND MACEY LLP |
|     & GOODWIN, LLC | 100 N. Riverside Plaza |
| 20 S. Clark Street, Suite 1500 | Chicago, IL 60606 |
| Chicago, IL 60603 | (312) 419-6900 |
| (312) 739-4200 | *Counsel for Defendant Elite Home* |
| *Counsel for Plaintiff Able Home Health, LLC* | *Physicians, LLC* |

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify that on October 25, 2017, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following:

>Monte L. Mann
>John B. Haarlow, Jr.
>NOVACK AND MACEY LLP
>100 N. Riverside Plaza
>Chicago, IL 60606
>mmann@novackandmacey.com
>jhaarlow@novackandmacey.com

>      s/ Heather Kolbus
>      Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200